Joseph Naposki, Appellant, *v.* McAllister Lighterage Line, Inc., Respondent.

(Argued October 20, 1931; decided November 17, 1931.)

*Joseph Speiser* and *Milton Speiser* for appellant.

*Leo C. Weiler, Thomas E. Nolan* and *William E. Lowther* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Cardozo, Ch. J., Pound, Crane, Lehman, Kellogg, O'Brien and Hubbs, JJ.